# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Ashley Kristina Marie Esteb | ) Case No. 3:24-mj-00232 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2024,__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Grant Taylor

☒ Continued on the attached sheet.

/s/ by Phone
*Complainant's signature*

Grant Taylor, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __5:30__ a̶.̶m̶./p.m. [a.m. crossed out]

Date: October 22, 2024

[Signature: Jolie A. Russo]
*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*